IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-269-DCK

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| DAVID BEAUDRY d/b/a BIG DAWG KAROAKE; and RDM III, INC., d/b/a RUSSELL'S PUB N GRILL, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "ADR Report" (Document No. 14) notifying the Court that the parties reached a settlement on January 27, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 22, 2016**.

**SO ORDERED**.

Signed: February 2, 2016

David C. Keesler
United States Magistrate Judge